

**NUMBER 13-13-00422-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## FOR THE BEST INTEREST AND PROTECTION OF C.G.

**On appeal from the Probate Court
of Hidalgo County, Texas.**

# ORDER

**Before Chief Justice Valdez and Justices Benavides, and Longoria
Order Per Curiam**

This Court issued an opinion in this case on June 19, 2014. Appellant, C.G., filed a motion for rehearing requesting that this Court reconsider the costs assessed against her. The Court requested that appellee file a response thereto, but no response has been filed.

The Court notes that appellant's counsel did not comply with Texas Rule of Civil Procedure 145 at the trial court level, which sets forth the proper procedure to establish indigency. *See* TEX. R. CIV. P. 145. Further, appellant's counsel did not comply with Texas Rule of Appellate Procedure 20.1, which is the procedure to establish indigency during the pendency of an appeal. *See* TEX. R. APP. P. 20.1. However, having re-examined the record and fully considered the motion for rehearing, and given our ability under Texas Rule of Appellate Procedure 43.4 to re-assess costs "for good cause," this Court is of the opinion that the motion should be and is GRANTED. *See* TEX. R. APP. P. 43.4.

We vacate and withdraw the judgment that we issued on June 19, 2014, however, the opinion previously issued in this cause will not be withdrawn. *See id.* R. 42.1(a)(2)(A).

PER CURIAM

Delivered and filed the
30th day of September, 2014.

2